UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LISA HOPKINS

                                       Plaintiff,

           -against-                                                               Docket No.: CV-05-2505
                                                                                       (JBW) (JO)

COUNTY OF SUFFOLK, SOUTHAMPTON POLICE        **AFFIDAVIT OF SERVICE**
DEPARTMENT, SUFFOLK COUNTY DISTRICT
ATTOR0NEY'S OFFICE, POLICE OFFICER GATES,
in his official and individual capacity, POLICE OFFICER COSTA,
in his official and individual capacity, POLICE OFFICER SCOTT,
in his official and individual capacity, POLICE OFFICER BERNAGOZZI,
in his official and individual capacity, POLICE OFFICER HARRIGAN,
in his official and individual capacity, and individual capacity,
SARGEANT HUGHES in his official and individual capacity and
OFFICERS JOHN DOE 1 -5

                                   Defendants.
-----------------------------------------------------------------------X
STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NASSAU     )

       LOUGLISTE JOSEPH, being duly sworn, deposes and says:

       I am not a party to the within action, I am over 18 years of age and I reside at Nassau County, New York.

       On November 14, 2005, at 3:04 p.m., I served a true copy of an ORDER TO SHOW CAUSE in the action herein on Defendant, **County of Suffolk** whose address is 100 Veteran's Memorial Highway, H. Lee Dennison Building, Hauppauge, New York by serving a person of suitable age and discretion, an authorized agent to accept service on behalf of said Defendant, to wit Ms. Janet Fenton, Suffolk County Attorney Office's Receptionist. Ms. Fenton is described as a white female, approximately 35-45 years of age, standing 5'06"- 5'08" tall, weighing approximately 130-140 lbs. with short brunette hair.

Date:   Hempstead, New York
         November 15, 2005

                                                                                    LOUGLISTE JOSEPH

Sworn to before me this
15th day of November, 2005

NOTARY PUBLIC

Lesley J. Lanoix
Notary Public, State of New York
No. 01LA6058463
Qualified in Queens County
Commission Expires May 14, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LISA HOPKINS

                               Plaintiff,

        -against-                                      Docket No.: CV-05-2505
                                                                   (JBW) (JO)

COUNTY OF SUFFOLK, SOUTHAMPTON POLICE       **AFFIDAVIT OF SERVICE**
DEPARTMENT, SUFFOLK COUNTY DISTRICT
ATTOR0NEY'S OFFICE, POLICE OFFICER GATES,
in his official and individual capacity, POLICE OFFICER COSTA,
in his official and individual capacity, POLICE OFFICER SCOTT,
in his official and individual capacity, POLICE OFFICER BERNAGOZZI,
in his official and individual capacity, POLICE OFFICER HARRIGAN,
in his official and individual capacity, and individual capacity,
SARGEANT HUGHES in his official and individual capacity and
OFFICERS JOHN DOE 1 -5

                              Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NASSAU    )

       LOUGLISTE JOSEPH, being duly sworn, deposes and says:

       I am not a party to the within action, I am over 18 years of age and I reside at Nassau County, New York.

       On November 14, 2005, at 4:00 p.m., I served a true copy of an ORDER TO SHOW CAUSE in the action herein on Brian A. Adrews, Esq., of Sledjeski & Tierney P.L.C.C. whose address is 18 First Street, Riverhead New York by serving a person of suitable age and discretion, an authorized agent to accept service on behalf of Mr. Andrews, to wit Ms. Gillian N. Erickson, Paralegal of said Firm. Ms. Erickson is described as a white female, approximately 40-50 years of age, standing 5'05"- 5'07" tall, weighing approximately 130-140 lbs. with short blond hair.

Date:  Hempstead, New York
         November 15, 2005

                                                                       LOUGLISTE JOSEPH

Sworn to before me this
15th day of November, 2005

_____
NOTARY PUBLIC

Lesley J. Lanoix
Notary Public, State of New York
No. 01LA6058463
Qualified in Queens County
Commission Expires May 14, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LISA HOPKINS

                                Plaintiff,

           -against-                                Docket No.: CV-05-2505
                                                                  (JBW) (JO)

COUNTY OF SUFFOLK, SOUTHAMPTON POLICE        **AFFIDAVIT OF SERVICE**
DEPARTMENT, SUFFOLK COUNTY DISTRICT
ATTOR0NEY'S OFFICE, POLICE OFFICER GATES,
in his official and individual capacity, POLICE OFFICER COSTA,
in his official and individual capacity, POLICE OFFICER SCOTT,
in his official and individual capacity, POLICE OFFICER BERNAGOZZI,
in his official and individual capacity,  POLICE OFFICER HARRIGAN,
in his official and individual capacity, and individual capacity,
SARGEANT HUGHES in his official and individual capacity and
OFFICERS JOHN DOE 1 -5

                              Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NASSAU     )

        LOUGLISTE JOSEPH, being duly sworn, deposes and says:

        I am not a party to the within action, I am over 18 years of age and I reside at Nassau County, New York.

        On November 14, 2005, at 4:50 p.m., I personally served a true copy of an ORDER TO SHOW CAUSE in the action herein on Plaintiff, **Lisa Hopkins** whose address is 334 Avondale Drive, New York.Mr. Ranjit Singh was served at his residence.  She is described as a white female, approximately 25-35 years of age, standing approximately 5'5"- 5'7" tall, weighing approximately 155-165 lbs. with long brown hair.

Date:   Hempstead, New York
          November 15, 2005

                                                      LOUGLISTE JOSEPH

Sworn to before me this
___day of November, 2005
_____
NOTARY PUBLIC

Lesley J. Lanoix
Notary Public, State of New York
No. 01LA6058463
Qualified in Queens County
Commission Expires May 14, 2007