# COUNTY OF SUFFOLK



**STEVE LEVY**
SUFFOLK COUNTY EXECUTIVE

**CHRISTINE MALAFI**
COUNTY ATTORNEY

November 16, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ DEC 08 2005 ★

BROOKLYN OFFICE

**DEPARTMENT OF LAW**

ADDRESS ALL COMMUNICATIONS
IN THIS MATTER TO:

Hon. Jack B. Weinstein, USDJ
United States District Court
225 Cadman Plaza, East
Brooklyn, NY 11201-1818

Re:  Hopkins v. County of Suffolk, et al.
     Docket No. CV05-2505 (JBW)(MLO)

Dear Judge Weinstein:

The County is writing to indicate that plaintiff's application and the Order to Show Cause has been received by this office and to indicate that under the circumstances in which Mr. Brewington's application is being made, the County does not oppose any of the requests.

Very truly,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

Richard T. Dunne
Assistant County Attorney

RTD/fb

Cc: Frederick Brewington, Esq.



LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ◆   MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ◆   (631) 853-4049
TELECOPIER (631) 853-5169