BEFORE: MICHAEL L. ORENSTEIN  
UNITED STATES MAGISTRATE JUDGE

DATE August 8, 2006  
TIME ON: 11:30  
TIME OFF: _____

DOCKET# CV 05-2505          ASSIGNED JUDGE: COGAN

CASE NAME: Hopkins v. County of Suffolk

## CIVIL CONFERENCE

Initial X   Status___   Discovery ___   Settlement___

Pretrial___   Pre-Motion ___

Motion _____

TAPE # _____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by   _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference   9/15/06 at ~~11:30am~~ 4:00 PM

Pre-Trial Order filed by   _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE: