```
BEFORE: MICHAEL L. ORENSTEIN           DATE October 13, 2006
UNITED STATES MAGISTRATE JUDGE         TIME ON: 2:00
                                       TIME OFF: _____
```

DOCKET# CV 05-2505                ASSIGNED JUDGE: COGAN

CASE NAME: Hopkins v. County of Suffolk

CIVIL CONFERENCE

Initial ___   Status X   Discovery ___   Settlement ___

Pretrial ___   Pre-Motion ___

Motion _____

TAPE # _____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by      _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference    _____

Pre-Trial Order filed by    _____

               Plaintiff    _____

               Defendant    _____

THE FOLLOWING RULINGS WERE MADE: No appearance of Ms. Hopkins again. Court Reports and Recommends that action be dismissed pursuant to Rules 41 and 16(f) of the Federal Rules of Civil Procedure. See Order dated 9/15/06, Orenstein, M., M.J.

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a copy to the undersigned within ten (10) days of the date of service of this Report. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. 636 (b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir. 1996); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 299 (2d Cir. 1992).

Dated: Central Islip, New York
October 13, 2006

MICHAEL L. ORENSTEIN
United States Magistrate Judge