```
BEFORE: MICHAEL L. ORENSTEIN          DATE  October 13, 2006
UNITED STATES MAGISTRATE JUDGE        TIME ON:  2:00
                                      TIME OFF:_____

DOCKET# CV 05-2505                    ASSIGNED JUDGE:  COGAN

CASE NAME:  Hopkins v. County of Suffolk

                        CIVIL CONFERENCE


Initial___    Status X   Discovery ____    Settlement____

Pretrial___   Pre-Motion ____

Motion_____

TAPE #_____

APPEARANCES:    Plaintiff    _____

                Defendant    _____

Discovery completed by       _____
```

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

```
Next _____ conference     _____

Pre-Trial Order filed by     _____

                Plaintiff    _____

                Defendant    _____
```

THE FOLLOWING RULINGS WERE MADE: No appearance of Ms. Hopkins again. Court Reports and Recommends that action be dismissed pursuant to Rules 41 and 16(f) of the Federal Rules of Civil Procedure. See Order dated 9/15/06, Orenstein, M., M.J.

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a copy to the undersigned within ten (10) days of the date of service of this Report. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. 636 (b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir. 1996); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 299 (2d Cir. 1992).

Dated:  Central Islip, New York
October 13, 2006

/s/ Michael L. Orenstein

MICHAEL L. ORENSTEIN
United States Magistrate Judge