UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

LISA HOPKINS,

                          Plaintiff,

        - against -

COUNTY OF SUFFOLK, ET AL.,

                        Defendants.

-------------------------------------------------------- X

**ORDER**

CV-05-2505 (BMC) (MLO)

**COGAN**, District Judge

    No objection to the Report and Recommendation of the Magistrate Judge has been filed. It is adopted as the decision of this Court. The case is dismissed for non-prosecution pursuant to Rules 16(f) and 41.

    **The Clerk of the Court is directed to mail a copy of this Order to plaintiff pro se.**

**SO ORDERED.**

                                                                                /s/(BMC)

Dated: Brooklyn, New York                                     U.S.D.J.
       November 3, 2006