CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BROOKLYN NY 112
08 NOV 2006 PM
11/08/2006
Mailed From 11201
$00.390
US POSTAGE

Lisa Hopkins
40 Beatrice Drive
Shirley, NY 11967

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 20 2006 ★
BROOKLYN OFFICE

NIXIE

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11201169809    *1809-12186-08-41*

not at this
Leena
11/22/06
LSH
WTF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LISA HOPKINS,

                      Plaintiff,

- against -

COUNTY OF SUFFOLK, ET AL.,

                      Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV    2006 ★

BROOKLYN OFFICE

**ORDER**

CV-05-2505 (BMC) (MLO)

COGAN, District Judge

      No objection to the Report and Recommendation of the Magistrate Judge has been filed. It is adopted as the decision of this Court. The case is dismissed for non-prosecution pursuant to Rules 16(f) and 41.

      **The Clerk of the Court is directed to mail a copy of this Order to plaintiff pro se.**

**SO ORDERED.**

Dated: Brooklyn, New York
       November 3, 2006

                                        /S/
                                        U.S.D.J.