FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 1 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LISA HOPKINS,

                        Plaintiff,

   -against-

COUNTY OF SUFFOLK, ET AL.,

                        Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV- 2505 (BMC)

      An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 6, 2006, adopting the Report and Recommendation of Magistrate Judge Michael L. Orenstein, dated October 13, 2006; and dismissing the case for non-prosecution pursuant to Rules 16(f) and 41; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Michael L. Orenstein is adopted; and that the case is dismissed for non-prosecution pursuant to Rules 16(f) and 41.

Dated: Brooklyn, New York
       November 30, 2006

/s/(BMC)
ROBERT C. HEINEMANN
Clerk of Court